APPEAL No. 74-302. GEORGE E. CARTER, JR. *v.* CITY OF PAWTUCKET *et al.* The motion of defendant City of Pawtucket to reinstate its appeal is granted, and the matter is assigned specially for hearing to the May 1975 calendar. *Bucci & O'Neill*,

*James L. O'Neill,* for plaintiff. *Gerald J. Pouliot,* Asst. City Solicitor, for defendants.